**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1064**

---

In Re: ERMA J. ISTVAN,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-99-2304-PJM)

---

Submitted:  April 13, 2000          Decided:  April 20, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Erma J. Istvan, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Erma J. Istvan filed a petition for writ of mandamus, writ of prohibition, and mandatory permanent injunction seeking an order directing the district court to prohibit a civil action pending against her in the Circuit Court of Montgomery County, Maryland. Federal courts have no general power to compel action by state courts. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988); Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969). Accordingly, we deny the petition. We deny the request for stay of state court proceedings, the motion for an injunction to vacate three state court orders, and the motion for costs and attorney's fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2